UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Title of Action: <u>950 Constitutionality of State Statues</u>

SANDRA L. GADSDEN
Plaintiff                    Civil Action No. <u>2:12-cv-4667(KM)</u>
   Vs.                       COMPLAINT—<u>ADDITIONAL DISCOVERY TO APPEAL</u>
JERSEY CITY EDUCATION ASSOCIATION, ET AL,.
Defendants
SANDRA L. GADSDEN
P.O.BOX 16628 JERSEY CITY, NEW JERSEY 07306
          <u>PARTIES</u>
JERSEY CITY EDUCATION ASSOICATION, ET AL,.
1600 KENNEDY BOULEVARD JERSEY CITY, NEW JERSEY 07305

This is a quote from Kevin McNulty, U.S.D.J. "For example, District Court Judge Linares consider Ms. Gadsden employment discrimination claims and found that she failed "to provide any factual basis, whatsoever, in support of her claim of discrimination. "
On this day December 18, 2012 AGAIN I AM PROVIDING SOME OF THE EVIDENCE AS FOLLOWS:

1. 2. LETTERS FROM BON SECOURS & CANTERBURY PARTNERSHIP FOR CARE DATED:
   1A--1st letter March 19, 2003 to Ms. Gaston Carpe Diem Institute 199-201 Summit Avenue Jersey City NJ 07306 1B-- 2nd letter June 10, 2003 to Ms. Gaston I am the only person they dealt with about this student. I COMPLAINED NO ONE LISTEN. I ASKED FOR A TRANSFER AFTER THE SECOND YEAR THINGS GOT WORSE FOR ME.
2. 2A-- A copy of a news print out that told what kind of school I worked in at Carpe Diem<u>. I had a room by myself for a year Fraud on the court when either JCEA or JCPS said that I was treated equally there was NO TEACHER ASSISTANCE THAT HAD THEIR OWN CLASSROOM.</u>
3. A copy of a 3A. Envelope that proved that mail did not come to my address correctly. A copy of a 3B. THE COVER OF NEATODAY WHICH PROVES THAT THE UNION KNEW MY ADDRESS P.O.BOX DATED APRIL 2004. 3C. THE COPY OF MY PAY CHECK DATED JUNE 01, 2004 FROM JERSEY CITY PUBLIC SCHOOLS WITH THE P.O.BOX STAMPED. 3D. <u>This letter is from the Jersey City Public Schools Medical Records that was</u>

<u>given to me when I asked for help ? April 4, 2006 ADDRESS TO MS. DEBRA GADSDEN 78 FREMONT STREET APT 604 JERSEY CITY, NJ 07302. I NEVER RECEIVED THIS LETTER AND I BEGGED FOR HELP I WANTED MY JOB.</u>

4. <u>4A- A COPY OF THE BOARD OF EDUCATION –JERSEY CITY, N.J. APPLICATION FOR LEAVE OF ABSENCE PERSONAL ILLNESS DATED MARCH 7, 2006. TYPE BY MY SUPERVISOR. I RETURN TO WORK ON MARCH 6, 2006 AND WORKED AT THE A. E.S.SCHOOL WITH MY SUPERVISOR. WHY WOULD I SIGN A LEAVE OF ABSENCE PERSONAL ILLNESS WHEN I AM AT WORK? IT WOULD BE FRUAD ON MY PART AND I SAID NO. I WAS ALSO CHARGED FOR DAYS THAT THE JCPS DOCTOR PLACED ME OUT ON MEDICAL LEAVE ?</u> ✱

5. I was taken out <u>of 1 class on March 13, 2006.</u> My <u>Supervisor told me to give him a doctor note</u> on March 13, 2006. <u>I GAVE MY SUPERVISOR THE DOCTOR 5A. NOTE ON MARCH 14, 2006 I WAS GIVEN 5 NEW CLASSES 5B ON MARCH 17, 2006. I worked with a Quad Cane given to me by JCPS doctor.</u> No one ever took me off of the Quad Cane. *Actual Malice*

6. This is a print out on how we had to restrain the students at this new school called AES Team School. 6A.

7. May 1, 2006 THIS IS THE COVER LETTER OF THE MEDICAL LEAVE JCPS ON HOW THE JERSEY CITY PUBLIC SCHOOLS WITHHELD MY PAY THROUGHOUT THE YEAR AND IT IS THE LAW THAT ALL TEACHERS AND TEACHERS ASSISTANCE AND TEACHER AIDES ARE PAID UNTILL TERMINATION. §10.2 RIGHT TO BE PAID UNTIL DISMISSAL. 7A.

8. MS. CAROL-ANN NELSON AFFIRMATIVE ACTION INFORMED ME TO WRITE A LETTER TO SUPERINTENDENT OF SCHOOLS AND SUPERVISORS AND TO THE UNION AND OTHERS.

   <u>8A.    1. I WAS NOT PAID</u>
   <u>          2. I SIGN THE MEDICAL LEAVE ON MAY 31, 2006</u>
   <u>          3. WHAT SCHOOL TO BE TRANSFERED TO DUE TO THE FACT THAT MY SUPERVISOR ETC...</u>

JERSEY CITY EDUCATION ASSOCIATION, ET AL,.
Defendants TOOK AWAY MY RIGHTS AND I HAVE GIVEN THE COURT SYSTEM SO MUCH MORE FACTS THOUGHOUT THE YEARS CHECK THE RECORDS I HAVE GIVEN THE COPIES.
950 CONSTITUTIONAL AND CIVIL RIGHTS

*S Gadsden*

STATE OF NEW JERSEY
COUNTY OF HUDSON

SWORN TO AND SUBSCRIBED BEFORE ME

THIS 19 DAY OF Dec. 2012

MELISSA HERNANDEZ
NOTARY PUBLIC OF NEW JERSEY
ID #2325071
MY COMMISSION EXPIRES 2/14/2015

SANDRA L. GADSDEN
P.O.BOX 16628 JERSEY CITY, NEW JERSEY 07306
**APPEAL I GAVE THE FIRST APPEAL ON DECEMBER 17, 2012 WITHIN TIME.**
Civil Action No. **2:12-cv-4667(KM)**

COMPLAINT—**ADDITIONAL DISCOVERY**

**TO APPEAL**

SANDRA L. GADSDEN
P.O.BOX 16628 JERSEY CITY, NEW JERSEY 07306
**PARTIES**
JERSEY CITY EDUCATION ASSOICATION, ET AL,.
1600 KENNEDY BOULEVARD JERSEY CITY, NEW JERSEY 07305

 **BON SECOURS & CANTERBURY PARTNERSHIP FOR CARE** 

*Christ Hospital*

March 19, 2003



Ms. Gaston
Carpe Diem Institute
199-201 Summit Avenue
Jersey City NJ 07306

Dear Ms. Gaston:

Please be advised that the ***above client was evaluated on March 19, 2003***. A Biopsychosocial Assessment is conducted to help determine clinical needs. This procedure integrates information gathered from the client, family and referral(s) and is sufficiently comprehensive to determine the most appropriate clinical placement. Based on our evaluation, this **client is being referred to our Early Intervention Program.**

The Early Intervention Program is an educational intervention program designed to educate the adolescent, who is in the beginning stages of substance use, about the affects and consequences of continued substance abuse. **This program is eight to ten weeks in length and meets on Monday and Wednesday at 4:00 – 5:30 PM and includes urinalysis testing, a minimum of one time weekly.**

is scheduled to begin EIP treatment on March 24, 2003, 4:00 PM at Christ Hospital Giant Step Program, Counseling and Resource Center, 179 Palisade Avenue, Jersey City, NJ.

For further information, please contact Alex Trujillo or Joselyn Bayona at (201) 795-5805.

Yours truly,

Joselyn Bayona, MA
Adolescent Services Coordinator
Christ Hospital Adolescent Substance Abuse Program .

Cc: File
    Parent/Guardian

 **BON SECOURS & CANTERBURY PARTNERSHIP FOR CARE** 

*Christ Hospital*

June 10, 2003

**1B**

Ms. Gaston
Carpe Diem Institute
199-201 Summit Avenue

Dear Ms. Gaston:

Please be advised that **effective June 9, 2003**, the above named **client has been unsuccessfully discharged from Giant Step's Early Intervention Program due to non-attendance and continued use.**

*It is recommended that client attend a more intensive treatment program. Please contact me at (201) 795-5805 if I can be of help in this matter.*

Yours truly,

Alex Trujillo
Primary Therapist, EIP
Christ Hospital Adolescent Substance Abuse Program

Cc:   File
          Parent/Guardian

*176 Palisade Avenue   •   Jersey City, NJ 07306   •   (201) 795-8200*

2A

# Carpe Diem last stop for many students

**Continued from Page A1**

I asked for and received permission to visit the school, accompanied by Kenny and Schools Superintendent Charles Epps Jr.

What I found in the Carpe Diem program were mostly 14-year-olds, four to a class under the supervision of two teachers.

Students I talked to were mostly from the city's Greenville section and graduates of elementary schools 15 and 41. These schools serve predominantly African-American communities.

One student said his teachers in Snyder didn't like him. That's why he is in the Carpe Diem program. Several others said they had trouble at Snyder but are doing better now.

While I was discussing the program with one of the teachers, two students began arguing, exchanging four letter epitaphs. Things quickly escalated into a shoving match.

The teachers and two security guards called in moved in to break up the fight. No one was hurt.

When asked what it's like working at the school, one teacher said, "I didn't know it was going to be like this. We do the best we can, but sometimes it's difficult."

Reinforcing her point, another fight suddenly broke out. Security guards and teachers intervened while the students, cursing, struggled to get at each other.

Both incidents happened in the space of 10 minutes. It's hard to imagine getting through a day in this sort of environment.

Kenny said Carpe Diem is a six-week program. When they leave, the students who succeed in the program will hopefully return to Snyder the following September. But what about those who do not succeed?

Epps candidly told me Carpe Diem might be the last stop for them.

"We've got runaways here," Epps said. "Some of these kids have already spent time in the Hudson County Youth House. A couple are on probation. They've got problems at home or in some cases they virtually have no home and live on the streets."

"We are making progress with some of our students," said Joseph Gallano, the head teacher who runs the school. During my visit, Gallano had to break off our conversation to help a security guard coax a student into remaining on school grounds.

After touring the grounds, Epps said he is going to add more fencing between the school and the homes on Howard Place, just a few feet from the school property line. He also said he wanted to increase security to the campus.

According to state law, the school system is obligated to educate all students, at least until the age of 18. But is Carpe Diem the answer to dealing with our most troubled youngsters?

Some may wonder whether the Board of Education is doing all it can for these teens, or if Carpe Diem is the right approach. But we must ask ourselves: Who filled these youngsters with such uncontrollable rage? Who or what is responsible for that and what are we going to do about it?

The students in Carpe Diem are there for only five hours each day. The school system is not responsible for what happens to them after, or before that time, when a lot of damage is obviously being done to these children.

Who is going to devise a program or strategy to come to grips with that reality?

JERSEY CITY PUBLIC SCHOOLS
346 CLAREMONT AVE.
JERSEY CITY, N.J. 07305

# 3C

```
63      17
SANDRA GADSDEN
P.O. BOX 16628
JERSEY CITY, NJ 07306
```

— To Open This Side - Slide Finger Under This Edge —

T. WASHINGTON APARTMENTS
)EN STREET
:ITY, NJ 07302

UNITED STATES POSTAGE
PITNEY BOWES
02 1A            $ 00.37⁰
0004357504    NOV 24 2004
MAILED FROM ZIP CODE 07306

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

# 3A

SANDRA GADSDEN
78 FREMONT STREET
APT. 604

A   ☐ INSUFFICIENT ADDRESS
C   ☐ ATTEMPTED NOT KNOWN      ☐ OTHER
S   ☒ NO SUCH NUMBER/ STREET
    ☒ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

RTS
RETURN TO SENDER



Looping: creating the multi-year classroom p40
'Under God' and the Pledge of Allegiance p23
Are science fair projects getting out of hand? p43

# neatoday

The Magazine of the National Education Association

## THE FIX
### REPAIR MANUAL FOR A LAW THAT'S FALLEN FLAT

#BXBHKLF ****AUTO**  5-DIGIT 07306
#0004 6426 054H 0316 # ER07306MNJ1
SANDRA L GADSDEN              P160
PO BOX 16628
JERSEY CITY NJ   07305-0101  3B

802859      CODE: 0004642605

**nea**
NATIONAL EDUCATION ASSOCIATION
nea.org
*Great Public Schools for Every Child*

05/31/2006  09:08    01                         CCMSI                              PAGE   13

*Medical Records JCPS*



C C M S I

*This letter is from the files of JCPS I never received this letter with the wrong name*
*I asked when and where will I return to work*
*My PO Box is on file*

April 04, 2006

Ms Debra Gadsden  — *never received*
78 Fremont Street – Apt 604
Jersey City, NJ 07302

Claim #     06308T458076
Employer:   Jersey City Public Schools
D/L:        March 28, 2006

Dear Ms Gadsden:

As you are aware, we represent the Jersey City Public Schools for their Self-Funded Workers' Compensation Program.

I have been informed by Dr. Wayne Altman, Orthopedist that you would not cooperate and let him examine you on April 04, 2006. Therefore, pursuant to Statue 34:15-19, I must inform you that your workers' compensation benefits are now terminated due to non-compliance with your workers compensation program.

By copy of this letter, I am advising the Jersey City Public Schools that any lost time incurred after 04/03/06 will not be covered under Workers Compensation.

**YOU MUST RETURN TO WORK WITHIN 24 HOURS OF RECEIVING THIS LETTER.**

If you have any problems, please do not hesitate to contact me.

Sincerely,

Josephine McNulty
Claims Analyst

Cc: Barbara Gallagher/Jersey City Public Schools           Fax 201-451-3959

*"I did not get paid"*

**PRESS HARD**

Report to work on 3/6/06 ②
I sign medical leave on 5/31/06

Form M101-A

**4A**

No. of Leaves: 1,2,3

**Board of Education - Jersey City, N.J.**
**APPLICATION FOR LEAVE OF ABSENCE**
PERSONAL ILLNESS

Date: March 7, 2006

**1. PRINCIPAL/SUPERVISOR**
Soc. Sec. No. ▓▓▓▓▓
Name of Applicant: Sandra Gadsden          Position: Teacher Assistant
School or Department: TEAM Program/Special Ed. Dept.   Instructional ____ Non-Instructional XX

Leave of Absence granted during the last school year and current school year:
(Give dates, reasons and duration)
School Accident Medical Leave-February 2, 2005 through May 6, 2005; leave resumed May 11, 2005 through February 20, 2006
Number of Days absent in current school year: 110 days (Sept. 1, 2005-March 7, 2006)
Number of Days absent in previous school year (Include Personal Business and Leave time): 97.5 days
COMMENT:
PI: Feb. 21,22,23,24,27,28, 2006, March 1,2,3,6,7, 2006

(Above should pertain to Employees attendance record)

Second set of leave papers
Leave Mailed to: Sandra Gadsden    78 Fremont Street    on April 6, 2006
(Name and Address)              Jersey City, NJ 07302        (Date)
                                Signature: Vincent ▓▓▓
                                (Principal or Supervisor)    4/6/0
MEDICAL DIRECTOR

**II. APPLICANT:** (Fill in Below)                    Date: 5/31/06
Soc. Sec. No. ▓▓▓▓         Name (Last) Gadsden    First Sandra   Initial L
P.O. Box ▓▓▓    JC    NJ   07306           Phone No. 201 432-4621
Address        City   State  Zip Code
Date of Birth: ▓▓▓▓    Date of Employment 2000    Date Last Worked 3/9/06
1st day of leave 3/9/06    First Date Physician Consulted 3/9/06
Last Date Physician Consulted _____    Date(s) of Hospitalization 6/28/05
Date of Surgery 6/28/05    Name(s) of Attending Physician(s) Dr. Wayne Altman

Maternity Leave:  YES ____  N/A  NO ____
Reason for Medical Leave: N/A

I hereby make application for a Medical Leave of Absence during the Period:
From _____ 20 ____ to _____ 20 ____
(Estimate if Necessary)
S Gadsden
Applicant's Signature

**III. ATTENDING PHYSICIAN**   (Fill in Below)
I hereby certify that I have examined the above named individual and in my opinion, he/she will be incapacitated for the period of time from _____ 20 ____ to _____ 20 ____
The medical diagnosis of this individual's illness is:

*I do not agree with the dates given + wages deducted due to work related injuries*

Sign Name: _____        M.D.
Print Name: _____        M.D. Date: _____
Address: _____        Telephone: _____

*I did not get paid*

3 leaves received on 5/31/06 mfox

5A

**State of New Jersey**
**PRESCRIPTION BLANK**

STEINBAIM & LEVINE ASSOC.
**VIRGINIA WITT, M.D.**
FAMILY PRACTICE
610 WASHINGTON BOULEVARD
JERSEY CITY, NJ 07306
201-222-1266  FAX: 201-626-4548

DEA # _____                                LIC # 25MA07148000
BATCH #TRI060208100528761-8                  SERIAL # _____

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐
AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

PATIENT: Sandra Gadsden
DATE: 3/14/06
ADDRESS: _____

Rx  Sandra Gadsden cannot walk excessively esp from room to room for classes & cannot go up & down bus stairs due to knee disability

SUBSTITUTION PERMISSIBLE _____        DO NOT SUBSTITUTE _____
DO NOT REFILL _____   SIGNATURE OF PRESCRIBER
REFILL _____ TIMES

Use separate form for each controlled substance prescription
THEFT, UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM, INCLUDING ALTERATIONS OR FORGERY, ARE CRIMES PUNISHABLE BY LAW

*[Handwritten top margin:] New job duties in this program after injuries 3/13/06 — I was never chosen for the position of transition coach.*

## Mail Message

Close   Forward   Reply to Sender   Reply All   Move   Delete   Read Later   Properties

**From:** KATHLEEN PRIORE
**To:** MELODY GONZALEZ, ANN TEDESCHI, CHRISTINE FRANCISCO, ELLEN GLOVER, JOHN FAHERTY, KATHLEEN CHESKI, AMANDA SICA, MARYANN SILENO, NICOLE JACKSON, SEAN FALLON, SANDRA GADSDEN, TIFFANY MAGLIULO
**CC:** VINCENT CASTRO
**Date:** Monday - March 13, 2006 3:49 PM
**Subject:** NJASK 3 & 4

Next week our 3rd and 4th graders will report to their home schools to take the NJ ASK 3 or 4 (New Jersey Assessment of Knowledge and Skills). Please note next week's schedule:
PS 29: 3rd Grade- Darius McGeachy
       4th Grade- Ajion Carlisle and Tyrell Elliott
Staff to PS 29: Tiffany Magliulo, Nicole Jackson, Ellen Glover,

PS 41: 4th Grade- KaShawn Fuller & Khalil Fair
Staff to PS 41: Christine Francisco & Sandra Gadsden *

*[Handwritten right margin:] I was given 5 different classes and I walked with a quadricep cane. (date 3/13/06)*

PS 8: 4th Grade- Cristian Ortiz
Staff to PS 8: Sean Fallon

PS 9: 3rd Grade- Joseph Arnold
Staff to PS 9: John Faherty

Please remind the students a hot breakfast is served at 8:00 and they walk to the home school and MUST be there by 8:30. Staff must also sign in by 8:00 AM. Check with Security, at some schools, you sign in with Security only, at others, you sign in in the Office and at other schools, you sign in at the Security desk and in the Office. Bring your ID card, too.

The NJ ASK3 is Mon, Tues, and Wed (March 20, 21, 22).
The NJ ASK4 is all week (March 20 through 24). Times and subjects vary each day.

If you have ANY questions, please e-mail me asap. Thanks,
Kathy

*[Handwritten bottom:] New job duties in the AES Team for Sandra Gadsden Program on 3/13/06 (after injuries)*

*I was never chosen for the position of transitional coach. In the past another teacher assistant would be pulled from the classroom that I worked in and did the job of transitional coach. I stayed with the students in the past however, once Mrs P. changed my schedule I did my job without complaining.*

5B

3/17/2006 11:20 AM

⚠️ **Caution** Intervention training programs alternating from the diagrams may result in injury.



6A

6A

6A

## cpi. TRANSPORT POSITION

This position will assist you in safely moving an individual who is beginning to regain control.

Prior to moving an individual, assist the person into a more upright position and remove your hand from the individual's shoulder. Reach under the individual's arm to grab your own wrist. This "cross-grain grip" better secures the individual between staff during transport. Remove your leg from directly in front of the individual prior to transport while maintaining close body contact.

It is not recommended to transport an individual who is struggling. If necessary, return to the CPI Team Control Position if the individual's and/or staff's safety is at risk.

cpi. Crisis Prevention Institute, Inc.

18




THE JERSEY CITY PUBLIC SCHOOLS
346 CLAREMONT AVENUE
JERSEY CITY, NEW JERSEY 07305
(201) 915-6079

Department of Special Education

**Vincent E. Castro**
**Supervisor**

May 1, 2006

Certified mail

7A

Sandra Gadsden
P.O. Box 16628
Jersey City, N.J. 07306

Dear Ms. Sandra Gadsden,

Your leave of absence request is **past due**. If your papers are not returned to the Medical Department with six (6) working days, your paycheck may be withheld.

Very truly yours,

*Vincent E. Castro*
Vincent E. Castro
Supervisor

VEC/fc

C: Dr. Charles T. Epps, Jr., State District Superintendent
Mrs. Priscilla H. Petrosky, Associate Superintendent, Special Education Dept.
Mr. Flavio Rubano, Associate Superintendent, Human Resources Dept.
Dr. Hermione McNeil, Executive Assistant, Human Resources Dept.
Kathleen Priore, T.E.A.M. Program
Payroll Dept.
File

THE JERSEY CITY PUBLIC SCHOOLS - AN EQUAL OPPORTUNITY EMPLOYER



June 6, 2006

Sandra L. Gadsden
P.O. Box 16628
Jersey City N, J, 07306

Dear Mr. Larry Small
Medical Representative of
The Jersey City Board Of Education
I am writing this letter for the following reasons:
1. As instructed I signed the Medical Leave papers against my agreement, with the understanding that I will be informed of when I am to return to work. (Mr. Cecchini Union instruction 3-8, thru 5-1, 2006 No Dr information on forms).
2. I was told that after signing the Medical Leave papers that my paychecks will be released. (Letter Mr. V. Castro)
3. I was told to write a letter requesting a transfer, which I did on March 24, 2006 per Mr. Castro requested for my safety. (Given to Mr. Castro, Mr. Cecchini, and Human Resources). I did not know that Human Resources Dept never received the transfer until May 31, 2006. I gave H .R.D. my transfer.

I am still waiting for someone to inform me on when and where I will be returning to work and at what school and my salary to be returned?
If I go back to the school on my own WHAT WILL HAPPEN!
I tried to go back to A.E.S. Team Program just to get some information about my days and was told that " I should not be here if I am on Medical Leave" ( Kathleen Priore)
I was following Mr. Bob Cecchini orders to get an account of what days they put in?
June 6, 2006 I am still out of work with no answers is this Justice! EVERYONE KEEPS TELLING ME THEY HAVE NO ANSWERS!
   I continue to come back and forth to the Board!
Please explain to me what am I suppose to do stay out or return to work, please release my paychecks therefore, I can support my family.
I do not deserve the stress from being injured at the job just because I was doing my job!

Sincerely,

Sandra L. Gadsden

C: Dr. Charles T. Epps, Jr., State District Superintendent
   Mrs. Priscilla H. Petrosky, Associate Superintendent, Special Education Dept.
   Mr. Franklin Walker, Associate Superintendent
   Mr. Flavio Rubano, Associate Superintendent Human Resources Dept.
   Dr. Hermione McNeil, Executive Assistant, Human Resources Dept.
   Mr. Vincent Castro, Supervisor
   JCEA (Union)
   Mrs. Kathleen Priore, T.E.A.M. Program
   Ms. Carol-Ann Nelson Affirmative Action
   Legal Dept
   Please place this letter in my file

Sandra Brown
PO Box 16628
JC NJ 07306

United States District Court
District of New Jersey Appeals

U.S. DISTRICT COURT
2012 DEC 19 A 11:47